IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

HEATHER BOYD,

Plaintiff,

v. CASE NO.

TARGET CORPORATION,

Defendant.
_______________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, HEATHER BOYD, by and through the undersigned attorneys, sues the Defendant, TARGET CORPORATION, and alleges:

1. This is an action for damages that exceed $50,000, exclusive of costs and interest.

2. Venue is proper in Lee County as that is where the subject premises is located.

3. Defendant, TARGET CORPORATION, is now, and at all times herein mentioned was, a foreign profit corporation duly organized and existing under the laws of the State of Minnesota and duly authorized and licensed to do business in the State of Florida.

4. At all times material to this cause of action, TARGET CORPORATION, owned, operated, managed and/or controlled the subject premises located at 13711 S. Tamiami Trail, Fort Myers, Florida 33912.

5. At all times material to this cause of action, Plaintiff, HEATHER BOYD, was upon the premises as a business invite for purposes of shopping.

6. On or about September 2, 2023, Plaintiff, HEATHER BOYD, was shopping when a box fell onto her head, causing Plaintiff to fall backward, lose consciousness and sustain severe personal injuries as hereinafter described.

7. While Plaintiff attempted to remove a box from a shelf, unknown to her, the box was top-heavy, and fell off the shelf. Stocking a top-heavy box on an upper shelf created an unstable dangerous condition for customers.

8. At all times material to this cause of action Defendant, TARGET CORPORATION, as owner, operator, and/or manager of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.

9. Defendant, TARGET CORPORATION, its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

a. Creating the unreasonably dangerous condition;

b. Failing to provide a safe place for their invitees;

c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

d. Failing to inspect, discover and correct the aforementioned dangerous condition;

e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,

f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

10. Defendant, TARGET CORPORATION, knew, or in the exercise of reasonable care should have known, of the existence of the dangerous and hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

11. As a result, Plaintiff, HEATHER BOYD, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, aggravation of a previously existing condition, loss of earnings, loss of the ability to earn money and numerous medical expenses. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, HEATHER BOYD, sues the Defendant, TARGET CORPORATION, for compensatory damages in an amount in excess of $50,000, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE, PURTZ, SMITH & SMITH, P.A.
Attorneys for Plaintiff
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146
ETVservice@gbclaw.com
ETV@gbclaw.com

By: EVE T K VOLKMANN
Florida Bar No. 1018296